John S. Giveen, Respondent, v. Levi L. Gans et al.,
Appellants.

*Giveen* v. *Gans*, 91 App. Div. 37, affirmed.
(Argued March 8, 1905; decided April 11, 1905.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 17, 1904, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Judson S. Landon* for appellants. ·

*Charles Strauss* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: Cullen, Ch. J., Gray, O'Brien, Bartlett and Werner, JJ. Dissenting: Haight and Vann, JJ.

---

Robert A. Craig, Suing on his Own Behalf and All Other Stockholders of the Anglo-American Savings and Loan Association, Appellant, v. Thomas L. James et al., Respondents.

*Craig* v. *James*, 89 App. Div. 541, affirmed.
(Argued March 9, 1905; decided April 11, 1905.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 2, 1904, upon an order which reversed an interlocutory judgment of Special Term overruling a demurrer to the complaint and sustained such demurrer.

*Francis M. Applegate* and *Joab H. Banton* for appellant.

*William Hepburn Russell, William Beverly Winslow, John Edward Ruston, David Gerber* and *Myer Nussbaum* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: Cullen, Ch. J., Gray, O'Brien, Bartlett, Haight, Vann and Werner, JJ.